1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
                                          ) **Case No. 06-5724 CRB**
12  IN RE: BEXTRA AND CELEBREX            )
    MARKETING SALES PRACTICES AND         ) **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION          ) **District Judge:  Charles R. Breyer**
                                          )
14  ──────────────────────────────        )
                                          )
15  Sylvia Aknu-Su-Namun Lee,             )
                                          ) **STIPULATION AND ORDER OF**
16                     Plaintiffs,        ) **DISMISSAL WITH PREJUDICE**
                                          )
17             vs.                        )
                                          )
18  Pfizer Inc., et al.                   )
                      Defendants.         )
19                                        )
    ──────────────────────────────

20
        Come now the Plaintiffs, Sylvia Aknu-Su-Namun Lee, and Defendants, by and through
21
    the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
    stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
    each side bearing its own attorneys' fees and costs.
24

25

26      DATED:  Jan. 12, 2010        MATTHEWS & ASSOCIATES

27                                   By: _____
                                        David P. Matthews
28                                      *Attorneys for Plaintiffs*

                                   -1-

1 DATED: Jan. 12, 2010     DLA PIPER LLP (US)

2

3 By: _____
             Michelle W. Sadowsky
4              *Attorneys for Defendants*

5

6

7 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8

9 Dated: FEB 1 7 2010

10 Hon. Charles R. Breyer
United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE